IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SHAKUR AL-AMIN,              )
                             )
    Plaintiff,                )
                             )
v.                           )   Case No. 3:20-cv-00404
                             )   Judge Trauger
JONATHAN SHEPPARD, et al.,    )
                             )
    Defendants.               )

# MEMORANDUM AND ORDER

On July 13, 2020, the court entered judgment dismissing this pro se civil rights action. (Doc. Nos. 13, 14.) On July 30, 2020, the plaintiff filed a motion to amend his complaint (Doc. No. 15), which the court construed as a motion under Federal Rule of Civil Procedure 59(e) and denied on August 21. (Doc. No. 23.) Just prior to this ruling on the plaintiff's post-judgment motion, on August 17, 2020, the plaintiff filed a notice of appeal to the Sixth Circuit Court of Appeals. (Doc. No. 20.) Though the appeal was briefly stayed by the filing of the post-judgment motion, *see Al-Amin v. Sheppard*, No. 20-5955, Doc. No. 4 (6th Cir. Aug. 21, 2020), once this court ruled on that motion on August 21, jurisdiction transferred to the Sixth Circuit, *id.* at Doc. No. 5, where the plaintiff currently awaits ruling on his motion to proceed as a pauper on appeal.

On August 24, 2020, the plaintiff filed a motion to appoint counsel in this court. (Doc. No. 24.)[1] The plaintiff subsequently mailed three letters to the court associated with his filings here. (Doc. Nos. 25–27.)

---

[1] Though the court received this motion on August 24, it was submitted to the prison mailroom on August 12 and postmarked August 13, 2020. (Doc. No. 24 at 3.)

However, as recited above, jurisdiction over this matter has transferred to the Sixth Circuit. Accordingly, the motion to appoint counsel (Doc. No. 24) is **DENIED** as moot.

The plaintiff is advised that any future correspondence related to this case, or any request for the appointment of counsel on appeal, should be directed to the Sixth Circuit.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge